Petition for certiorari; from Fayette superior court—Judge Searcy.   February 1, 1917.

*Lester C. Dickson,* for plaintiff in error.

*J. W. Culpepper, E. M. Owen,* contra.

---

## 8561.   SAMS *v.* CITY OF FAYETTEVILLE.

WADE, C. J.   This case is controlled by the decision in *Detmering* v. *Fayetteville,* ante, 747.

> *Judgment affirmed.   George and Luke, JJ., concur.*
> DECIDED APRIL 21, 1917.

Petition for certiorari; from Fayette superior court—Judge Searcy.   January 31, 1917.

*Lester C. Dickson,* for plaintiff in error.

*J. W. Culpepper, E. M. Owen,* contra.

---

## 8562.   STINCHOMB *v.* CITY OF FAYETTEVILLE.

GEORGE, J.   The evidence was sufficient to sustain the judgment of the mayor finding the defendant guilty of disorderly conduct, and no error of law appears.   Moreover, the bond attached to and made a part of the petition for certiorari in this case does not meet the requirements of the statute, and the judge of the superior court did not err in refusing to sanction the petition.   See *Detmering* v. *Fayetteville,* ante, 747.

> *Judgment affirmed.   Wade, C. J., and Luke, J., concur.*
> DECIDED APRIL 21, 1917.

Petition for certiorari; from Fayette superior court—Judge Searcy.   February 1, 1917.

*Lester C. Dickson,* for plaintiff in error.

*J. W. Culpepper, E. M. Owen,* contra.

---

## 8563.   TRAVIS *v.* CITY OF FAYETTEVILLE.

LUKE, J.   This case is controlled by the decision in *Detmering* v. *Fayetteville,* ante, 747.

> *Judgment affirmed.   Wade, C. J., and George, J., concur.*
> DECIDED APRIL 21, 1917.